**STATE of Missouri, Respondent,**

v.

**Thomas MORRIS, Appellant.**

**Thomas MORRIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 60123, 61874.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 22, 1992.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Appellant Thomas Morris (Defendant) was convicted by a jury of forcible sodomy and robbery in the first degree. He appeals his conviction and the denial of his

untimely filed Rule 29.15 motion. We affirm per Rule 84.16(b). The verdict is supported by the evidence, and no error of law appears. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information, setting forth the reasons for this order.